IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| DANTE DILLARD, | § | |
| | § | |
| Defendant Below, | § | No. 92, 2022 |
| Appellant, | § | |
| | § | Court Below: Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| STATE OF DELAWARE, | § | Cr. ID No. 1105015873 |
| | § | |
| Appellee. | § | |

Submitted:  June 7, 2022
Decided:  June 27, 2022

**O R D E R**

(1)    The appellant filed a notice of appeal from a Superior Court order denying his motion for postconviction relief.  The Court issued a briefing schedule on March 17, 2022; the appellant's opening brief was due May 3, 2022.  The appellant did not file an opening brief by the deadline, and on May 4, 2022, Court staff sent a brief delinquency letter to the appellant.

(2)    On May 24, 2022, the Chief Deputy Clerk issued a notice, sent by certified mail, directing the appellant to show cause why this appeal should not be dismissed for his failure to file an opening brief.  On May 31, 2022, the Court received the certified mail receipt indicating that the notice to show cause had been delivered; postal records confirm that the notice to show cause was delivered on May 27, 2022.

(3)     The appellant having failed to respond to the notice to show cause or to file the opening brief, dismissal of this action is deemed unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that the appeal is DISMISSED.

BY THE COURT:


/s/  James T. Vaughn, Jr.
Justice

2